UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

VIVEK SHAH,

Plaintiff - Appellant,

v.

CRAIN COMMUNICATIONS, INC.,

Defendant - Appellee.

No. 26-4739

D.C. No.
2:26-cv-03070-RGK-CTS
Central District of California,
Los Angeles

ORDER

Before: VANDYKE and SUNG, Circuit Judges.

The motion (Docket Entry No. 19) to stay the district court's July 20, 2026 order is denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal). The request for a temporary administrative stay is denied as moot.

The motion (Docket Entry No. 12) to expedite is denied.

The existing briefing schedule remains in effect.